IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN H. WRIGHT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　Defendant.　　　　　　　　　　／ | No. C 15-03204 JSW<br><br>**SUA SPONTE ORDER OF REFERRAL** |

　　Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Magistrate Judge Maria-Elena James to determine whether it is related to *United States v. Jesse Franklin Swartz, Jr. a/k/a Franklin Wright*, Case No. 15-CR-0351.

　　**IT IS SO ORDERED.**

Dated: July 28, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Jeffrey S. White
　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE