UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JESSE FRANKLIN SWARTZ,<br><br>    Defendant. | Case No. 15-cr-00351-MAG-1  (MEJ)<br><br>**ORDER DECLINING TO RELATE CASES** |

On July 28, 2015, the Honorable Jeffrey S. White referred a civil case, *Franklin H. Wright v. U.S. Department of Homeland Security*, Case No. 15-CV-3204, to determine whether it is related to the above captioned case pursuant to Civil Local Rule 3-12.  Given that Swartz has filed a declination to proceed before a magistrate judge in the civil case, if the Court were to relate the two cases, the civil matter would then be immediately reassigned to a district judge.  Thus, as an order relating these two cases would not serve the purpose of Civil Local Rule 3-12, the Court declines to relate the cases.

    **IT IS SO ORDERED.**

Dated: July 29, 2015

                                      _____
                                      MARIA-ELENA JAMES
                                      United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>           Plaintiff,<br><br>   v.<br><br>JESSE FRANKLIN SWARTZ,<br><br>           Defendant. | Case No.  15-cr-00351-MAG-1   (MEJ)<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on July 29, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jesse Franklin Swartz
1931 Center Street
Berkeley, CA 94704

Dated: July 29, 2015

                              Richard W. Wieking
                              Clerk, United States District Court

                              By: _____
                              Chris Nathan, Deputy Clerk to the
                              Honorable MARIA-ELENA JAMES