IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN H. WRIGHT,<br><br>        Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>        Defendant.<br>_____/ | No. C 15-03204 JSW<br><br>**ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AND DISMISSING COMPLAINT** |

Now before the Court is the application for a temporary restraining order ("TRO") and application to proceed *in forma pauperis* filed by plaintiff Franklin H. Wright ("Plaintiff"), who is proceeding pro se. Having carefully reviewed Plaintiff's papers and considered her arguments and the relevant legal authority, and good cause appearing, the Court hereby DENIES Plaintiff's application for a TRO, DENIES her application to proceed *in forma pauperis* and DISMISSES the action with leave to amend.

A district court may deny in forma pauperis status and sua sponte dismiss an action under certain circumstances, including when the underlying complaint sought to be filed is frivolous or when it fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2); *see also Cato v. United States*, 70 F.3d 1103, 1106 (9th Cir. 1995). In contravention of Federal Rule of Civil Procedure 8(a), Plaintiff has failed to file a pleading setting forth the grounds upon which this Court has jurisdiction, "a short and plain statement of the claim showing that the pleader is entitled to relief, ... and a demand for judgment for the relief the pleader seeks." It is not clear who Plaintiff is

seeking to sue or what facts Plaintiff alleges occurred. In the absence of such allegations, Plaintiff fails to state a claim.

Accordingly, Plaintiff's application to proceed *in forma pauperis* is HEREBY DENIED and the Complaint is DISMISSED WITH LEAVE TO AMEND. If Plaintiff wishes to pursue this action, he must file an amended complaint setting forth a cognizable legal claim and some factual basis to support a claim with federal jurisdiction by **August 28, 2015.** Plaintiff may file a renewed application to proceed *in forma pauperis* upon filing an amended complaint. Failure to file timely an amended complaint shall result in dismissal of this action without prejudice.

The Court advises Plaintiff that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office. The Court also advises Plaintiff that he also may wish to seek assistance from the Legal Help Center. Plaintiff may call the Legal Help Center at 415-782-8982 or sign up on the 15th Floor of the San Francisco Courthouse, Room 2796, or on the 4th Floor of the Oakland Courthouse, Room 470S, for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated: July 30, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE